UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:13-cr-0191-JMS-TAB |
| DANIEL ALLEN COLLINS, | ) ) | - 01 |
| Defendant. | ) ) | |

### REPORT AND RECOMMENDATION

On June 15, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 23, 2021.  Defendant Collins appeared in person with his appointed counsel Leslie Wine.  The government appeared by Adam Eakman, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.The Court advised Defendant Collins of his rights and provided him with a copy of the petition.  Defendant Collins orally waived his right to a preliminary hearing.

2.After being placed under oath, Defendant Collins admitted violation numbers 1, 2, and 3. [Docket No. 58.]

3.The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."** |

On August 12, 2021, U.S. Probation Officers and the Indianapolis Metropolitan Police Department Violent Crime Task Force (IMPD VCTF) conducted a search of the offender's residence. As a result of the search, Mr. Collins was charged in Marion County, Indiana, with Maintaining a Common Nuisance, a felony, 49D29-2108-F6-025735, and a warrant was issued. Upon arrival to the offender's residence, U.S. Probation Officers knocked on the door. They heard foot steps, and a loud thud on what they believed to be the floor. Two occupants, later identified as Deon Pearson and a female juvenile (age 17) answered. It was explained Probation Officers and Detectives with the VCTF performed a protective sweep of the home. Once inside officers located a loaded black Taurus TX .22 caliber semi-automatic handgun (Serial # IPT031303) laying on the floor in the entry room. 15 live .22 caliber rounds were located in the firearm. Mr. Pearson later stated he dropped the handgun just inside the door when officers came to the door. A record check revealed Mr. Pearson is a serious violent felon (SVF). An additional handgun, a loaded olive green and black .22 caliber semiautomatic handgun (Serial # 368-99003) with 10 live .22 caliber rounds, and a bag of suspected synthetic narcotic, was seen in an open black purse on the living room table. Mr. Pearson stated he purchased this firearm for his girlfriend.

A third individual, Alisia Pelfree, was found in a bedroom, under the covers. It was later learned Ms. Pelfree was recently released from state prison and had just started probation in Hamilton County, IN, for a possession of methamphetamine conviction. Ms. Pelfree also has a pending felony methamphetamine charge in Marion County. She was arrested at the scene and charged with possession of drug paraphernalia.

A fourth individual, Robert Kidwell, was found asleep in an upstairs bedroom. He was found to be wanted in Marion County, Indiana, in cause number 49D20-2107-F4-023042 for unlawful possession of a firearm by a serious violent felon. He was taken into custody at the scene on the warrant.

During a search of the residence a Heritage Rough Rider Revolver, multiple rounds of ammunition, 3 grams of synthetic narcotics (Spice), suspected methamphetamine and marijuana, and lots of drug paraphernalia were found.

|   |   |
|---|---|
|   | Mr. Collins was not found in the residence by officers; however, shortly after beginning the search a gray Nissan Rogue pulled up in the alley next to the house and a male exited the vehicle. Mr. Pearson and the juvenile female indicated Mr. Collins exited the car, peaked his head over the fence, and then walked away in the alley. Officers located the Nissan Rogue parked with all of the windows down on the side of the alley. They ran the plate and it did not match the VIN number. It was learned the vehicle was stolen out of Hendricks County, Indiana. The vehicle was inventoried and and taped to the top right corner of the windshield was a picture of Mr. Collins and another unknown male. |
| 2 | **"You shall report to the probation officer in a manner and frequency directed by the court or probation officer."** |
|   | Mr. Collins was not at his residence during the probation search on August 12, 2021. Numerous attempts have been made to contact him since via text and phone, which were not returned. It appears his phone may be out of service, and he has not provided this officer with any other way to contact him. His present whereabouts is unknown. |
| 3 | **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.)."** |
|   | On July 15, 2021, Mr. Collins was referred for drug treatment at Take Back Control in Indianapolis. The treatment vendor made numerous attempts to contact him, but he never replied to their messages. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of twenty-one (21) months with no supervised release to follow. Defendant requested placement at FCI Terre Haute.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that

his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of twenty-three (23) months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at FCI Terre Haute. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 6/16/2022

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system